| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

ISAAC HUDSON, JR., §
　　　　　　　　　　　　　　　　§
　　　　　Plaintiff, §
　　　　　　　　　　　　　　　　§
versus　　　　　　　　　　　　§　　CIVIL ACTION NO. 1:12-CV-470
　　　　　　　　　　　　　　　　§
CITY OF ORANGE POLICE §
DEPARTMENT, *et al.*, §
　　　　　　　　　　　　　　　　§
　　　　　Defendants. §

## MEMORANDUM ORDER ADOPTING THE
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Isaac Hudson, Jr., a former pretrial detainee housed at the Orange County Jail, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against the following defendants: City of Orange Police Department, Janice Jules, Niktalya Jules, and Judge David L. Peck.

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends plaintiff's civil rights action be dismissed pursuant to Federal Rule of Civil Procedure 41(b) as plaintiff has failed to update the Court with his current address since he was discharged from the Orange County Jail.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. No objections to the Report and Recommendation have been filed by either party to date. Plaintiff has still yet to update this Court with his current address.

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED.** A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

SIGNED at Beaumont, Texas, this 19th day of November, 2012.

_Marcia A. Crone_
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE